Vernell SMITH, Plaintiff—Appellant,

v.

D. BUTLER, Folsom State Prison Warden;  et al., Defendants—Appellees.

No. 03–16607.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 6, 2004.*

Decided Dec. 10, 2004.

Vernell Smith, Represa, CA, pro se.

Before: GOODWIN, WALLACE, and TROTT, Circuit Judges.

MEMORANDUM **

Vernell Smith, a California state prisoner, appeals pro se the district court's August 1, 2003 order denying his post-judgment motion. Because Smith did not timely file a notice of appeal from the underlying January 14, 2003 judgment, we lack jurisdiction to review his due process contentions. We have jurisdiction pursuant to 28 U.S.C. § 1291 to review the district court's August 1, 2003 post-judgment order. We review for abuse of dis-

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

cretion, *Fuller v. M.G. Jewelry*, 950 F.2d 1437, 1442 (9th Cir.1991), and we affirm.

**AFFIRMED.**

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.